# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

LAWARREN HOLLOWAY                                             PETITIONER

V.                NO. 5:18-CV-00085-JM-JTR

ARKANSAS PAROLE BOARD                                  RESPONDENT

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT :

1. The 28 U.S.C. § 2254 Petition for a Writ of Habeas Corpus, *Doc. 1*, is DISMISSED, WITHOUT PREJUDICE; and

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal of this Order and accompanying Judgment would not be taken in good faith.

DATED this 12th day of June, 2018.

_____
UNITED STATES DISTRICT JUDGE